UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  CV 16-03274 PA (KS)                                                      Date: May 16, 2016

Title  *Norice D. Patterson v. Randy Grounds, Warden*

Present: The Honorable:  Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings: ORDER TO SHOW CAUSE (INCOMPLETE HABEAS PETITION)**

On May 12, 2016 Petitioner, a California state prisoner proceeding *pro se*, filed a Petition For Writ Of Habeas Corpus By A Person In State Custody ("Petition") pursuant to 28 U.S.C. § 2254 and a request to proceed *In Forma Pauperis* ("IFP Request"). However, Petitioner's filing consisted only of the cover page of the form habeas petition and two attachments: the California Supreme Court's denial of his state habeas petition on April 13, 2016, and the underlying state habeas petition. As a result, the habeas petition as submitted is incomplete and defective in numerous regards including that it fails to indicate when and where Petitioner was convicted, the exact nature of his sentence, lacks evidence that he has exhausted his claim(s) in the state courts through direct and/or collateral review, lacks any statement of facts and circumstances evidencing illegal detention, and also lacks clearly stated grounds or claims for relief.

In light of these defects, **Petitioner is ORDERED TO SHOW CAUSE on or before May 31, 2016 why the Petition should not be dismissed** – that is, Petitioner must file, no later than May 31, 2016, a First Amended Petition For Writ Of Habeas Corpus, using the 10-page form habeas petition, and must include a statement of facts and circumstances evidencing illegal detention, and a statement of the grounds or claims for relief.

**Petitioner's failure to timely show cause for proceeding with this action will result in the Court recommending dismissal pursuant to Rule 4 of the Habeas Rules, Local Rule 41-1, and Rule 41 of the Federal Rules of Civil Procedure.**

If Petitioner no longer wishes to pursue this action, he may voluntarily dismiss it by filing a signed document entitled "Notice Of Voluntary Dismissal" in accordance with Federal Rule of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 16-03274 PA (KS)                                              Date: May 16, 2016

Title     *Norice D. Patterson v. Randy Grounds, Warden*

Civil Procedure 41(a)(1).  The Clerk is directed to include a copy of the form habeas petition with this Order.

    IT IS SO ORDERED.

                                            :
                                  **Initials of Preparer**